ACCEPTED
03-14-00197-CV
4472975
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 11:53:33 AM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

## A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD

Attorneys at Law

*Board Certified in Tax Law
Texas Board of Legal Specialization

E-MAIL: ataylor@textaxlaw.com

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 11:53:33 AM
JEFFREY D. KYLE
Clerk

AMANDA G. TAYLOR
DANIELLE V. AHLRICH
ALLEGRA D. HILL
Attorneys at Law

March 12, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/12/2015 11:53:33 AM

JEFFREY D. KYLE
Clerk

**Via Electronic Filing**

Court of Appeals
Third District of Texas
Attn: Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

   Re: *Graphic Packaging Corporation v. Combs,*
     Court of Appeals Number: 03-14-00197-CV

Dear Mr. Kyle:

   Please be advised that I will be out of town on April 15, 2015 to present an appellate CLE to the Tarrant County Business Litigation Section, and that James Martens is scheduled for trial the week of June 15, 2015 in Loyd House Aviation v. Hegar, et. al. (Cause No. D-1-GN-14-00533). Accordingly, we respectfully request that the Court not schedule oral argument in the above-referenced matter on April 15 or June 17, 2015.

Should you have any questions or need any additional information, please do not hesitate to contact me.  Thank you for your attention to this matter.

Sincerely,

By: _____
Amanda G. Taylor

AGT:san

cc:    Rance Craft, via electronic mail
Cynthia Morales, via electronic mail
Amy Silverstein, via electronic mail